CLEAR FORM

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Ransom
PLAINTIFF

300 W Redwood St. Apt. 822
Address (No Post Office Boxes)

Baltimore, MD 21201
City          State     Zip Code

VS.

Dorko, et. al
DEFENDANT

500 C St SW
Address (No Post Office Boxes)

Washington, DC 20024
City                St

CIVIL ACTION NO. 1:23-CV-2601-RC

Jury Trial:  ☐ Yes  ☒ No

## Amended complaint

Please see attached.

RECEIVED
OCT 27 2023
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

Original Signature (in pen)

Euphra Ransom
Name (if applicable, Prisoner ID No.)

300 W Redwood St. Apt. 822
Address or Facility Address

Baltimore, MD 21201
City          State     Zip Code

Rev: 01/10/2023
*Use additional pages as needed