**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EYPHRA RANSOM, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   23-2601 (RC) |
| | : | |
| v. | : | Re Document Nos.:   25, 27 |
| | : | |
| JEFFREY DORKO, *et al.* | : | |
| | : | |
| Defendants. | : | |

## ORDER

**GRANTING DEFENDANTS' MOTION TO DISMISS; DENYING AS MOOT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' Motion to Dismiss (ECF No. 25) is **GRANTED** and Plaintiff's Motion for Default Judgment (ECF No. 27) is **DENIED** as moot.

**SO ORDERED**.

Dated:  March 20, 2025                                        RUDOLPH CONTRERAS
                                                                          United States District Judge